UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 23-cv-24315-PCH

JESUS GONZALEZ

    Plaintiff,

v.

MAJA, INC, d/b/a Sedanos Supermarket #4,
and H&H AT FLAGLER 67, LLC.

    Defendants.
_____/

## JOINT NOTICE OF SETTLEMENT

Plaintiff, Jesus Gonzalez, and Defendants, Maja, Inc, d/b/a Sedanos Supermarket #4, and H&H at Flagler 67, LLC, by and through the undersigned counsel, hereby notify the Court that the Parties have reached an agreement in principle that resolves all claims that were or could have been brought in this action and are in the process of working on the Settlement Agreement. The Parties request that the Court stay all matters and pending deadlines in this action and grant the Parties thirty (30) days to finalize their written Settlement Agreement and to submit the appropriate notices and/or stipulations to the Court regarding dismissal of the Action.

Respectfully submitted this December 27, 2023.

| | |
|---|---|
| By: */s/ J. Courtney Cunningham* | By: */s/ Evan A. Zuckerman* |
| J. Courtney Cunningham, Esq. | Evan A. Zuckerman, Esq. |
| FBN: 628166 | FBN: 52974 |
| **J. COURTNEY CUNNINGHAM, PLLC** | **Vernis & Bowling of Broward, P.A.** |
| 8950 SW 74th Court, Suite 2201 | 5821 Hollywood Blvd. |
| Miami, Florida 33156 | Hollywood, Florida 33021 |
| P: 305-351-2014 | Telephone: (954) 927-5330 |
| cc@cunninghampllc.com | ezuckerman@florida-law.com |
| legal@cunninghampllc.com | |
| | |
| *Counsel for Plaintiff* | *Counsel for Defendants.* |

Gonzalez v. Maja, Inc.<br>
Case No. 23-cv-24315-PCH

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this December 27, 2023, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send notice of electronic filing to all parties and counsel of record, or in some other authorized manner for those counsel or parties who are not authorized to receive notices electronically.

By: */s/ J. Courtney Cunningham*
J. Courtney Cunningham, Esq.
FBN: 628166
J. COURTNEY CUNNINGHAM, PLLC
8950 SW 74th Court, Suite 2201
Miami, Florida 33156
Telephone:  305-351-2014
cc@cunninghampllc.com
legal@cunninghampllc.com

*Counsel for Plaintiff*